UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Willie L. Hicks, | ) | C/A No. 3:12-1280-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Bose Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

The *pro se* plaintiff, Willie Hicks, brings this action against his former employer, Bose Corporation, asserting claims under the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621, *et seq*. The defendant has filed a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure, to which the plaintiff did not respond, despite being given extra time within which to do so.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that this action should be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for lack of prosecution. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

Recommendation, which was entered on the docket on July 29, 2013. However, the plaintiff did not file objections and the time within which to do so has now expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Magistrate Judge has allowed the plaintiff numerous extensions of time to respond to the court's various orders and the plaintiff has failed to do so. This court agrees with the Magistrate Judge that the plaintiff meets all of the criteria for dismissal under *Chandler Leasing v. Lopez*, 669 F.2d 929 (4th Cir. 1982).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporates it herein by reference. Accordingly, this action is dismissed with prejudice for lack of prosecution.

IT IS SO ORDERED.

*[signature: Joseph F. Anderson, Jr.]*

Joseph F. Anderson, Jr.
United States District Judge

August 19, 2013
Columbia, South Carolina